April 23, 2010

Mr. Don Martinson
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, TX 75206

Mr. Scott M. Keller
The Law Offices of Scott M. Keller
1700 Commerce Street, Suite 1310
Dallas, TX 75201
Mr. Robert Nathan Grisham
The Law Offices of Robert N. Grisham II
8750 N. Central Expressway, Suite 1010
Dallas, TX 75231

Honorable John Parrish Chupp
141st District Court
Family Law Center
200 E. Weatherford St., 4th Floor
Fort Worth, TX 76196

RE: Case Number: 10-0238
 Court of Appeals Number: 02-10-00013-CV
 Trial Court Number: 141-237069-09

Style: IN RE UNIVERSAL UNDERWRITERS OF TEXAS INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion for Temporary
Relief and issued the enclosed stay order in the above-referenced case.
The petition for writ of mandamus remains pending before this Court.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Debra Spisak |